NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

## IN RE: WELL LIVING LAB INC.,
*Appellant*

―――――――――――

### 2017-2392

―――――――――――

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86440401.

―――――――――――

## JUDGMENT

―――――――――――

PAUL VINCENTI, Vincenti & Vincenti, P.C., New York, NY, argued for appellant.

CHRISTINA J. HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by, THOMAS W. KRAUSE, MARY BETH WALKER.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 19, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court